FILED ___ LODGED
RECEIVED ___ COPY

FEB 14 2005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julia Reynaga, | No. 04-CV-417-TUC-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| Raytheon Corporation, a Delaware Corporation, | |
| Defendant. | |

On January 19, 2005, the Court issued an Order to Show Cause why this case should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P. On February 4, 2005, Plaintiff filed a motion to dismiss the case pursuant to Rule 41(a), Fed. R. Civ. P. The Court finds good cause to grant that motion. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to dismiss (U.S.D.C. document #3) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

DATED this 11th day of February, 2005.

*/s/ Frank R. Zapata*
Frank R. Zapata
United States District Judge